> Dismissal with prejudice acknowledged [19]. The Clerk is directed to close this case.
>
> *Matthew P. Brookman, Judge*
> United States District Court
> Southern District of Indiana
>
> Dated: April 28, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>    Plaintiff,<br>vs.<br><br>PARDIECK DEVELOPMENT, LLC,<br>an Indiana Limited Liability Company,<br><br>    Defendant. | CASE NO.: 1:25-cv-110-MPB-MKK |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorney's fees, costs, and expenses.

Dated: April 25, 2025

Respectfully submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 362
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Louis@kumussman.com

and

Eric C. Bohnet, Esq.

Respectfully submitted,

*/s/ Catherine D. Nix*           .
Catherine D. Nix, Esq.
Law Offices
The Cincinnati Insurance Company
PO Box 68449
Indianapolis, IN 46268
Tel: (317) 632-7146
Fax: (317) 632-7156
catherinenix@staffdefense.com

*Attorneys for Defendant*

1